UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Respondents. | Civil No.  11-1581 LAB (WMC)<br><br>**ORDER:**<br><br>**(1)  DISMISSING CASE WITHOUT PREJUDICE; and**<br><br>**(2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a motion to proceed in forma pauperis.

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

In this Petition, Petitioner is seeking to challenge his state court conviction in San Diego Superior Court case number SCE295036.  (*See* ECF No. 1.)  Petitioner is already challenging this conviction via a habeas corpus petition filed pursuant to 28 U.S.C. § 2254 in case number 11cv0338 IEG (POR).  (*See Thornton v. Stainer*, 11cv0338 IEG (POR).)  The claim contained in the Petition filed in this case is not duplicative of the claims contained in the petition filed in case no. 11cv0338 IEG (POR); rather, it is an additional ground upon which he is challenging his conviction in San Diego Superior Court case no. SCE295036.  An Answer has been filed in case no. 11cv0338 IEG (POR).  (*See id.*, ECF No. 9.)  Thus, if Petitioner wishes to challenge his

/ / /

conviction in San Diego Superior Court case no. SCE295036 on additional grounds, he must seek leave to amend his petition in case no. 11cv0338 IEG (POR). (*See* Fed.R.Civ.P. 15(a)(2)).

**MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner has filed a motion to proceed in forma pauperis. Because the Court is dismissing this action without prejudice, the motion to proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: August 2, 2011

*[signature]*

HONORABLE LARRY ALAN BURNS
United States District Judge